NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLEARVALUE, INC.,**
*Plaintiff,*

AND

**RICHARD ALAN HAASE,**
*Plaintiff-Appellant,*

v.

**PEARL RIVER POLYMERS, INC., POLYCHEMIE, INC., SNF, INC., POLYDYNE, INC., AND SNF HOLDING COMPANY,**
*Defendants-Appellees.*

---

2012-1595

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 06-CV-0197, Chief Judge Leonard Davis.

---

**ON MOTION**

---

**ORDER**

CLEARVALUE, INC. V. PEARL RIVER POLYMERS, INC.                    2

Richard Alan Haase moves for a 60-day extension of time, until December 14, 2012, to file his brief. Haase states that the appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 24 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard Alan Haase
    Howard L. Close, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 24 2012

JAN HORBALY
CLERK